**SEND**

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 3 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Erick T. Coomes, et al | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 05-3483 PA (Mcx) |
| v. | |
| Akbar Shamji | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases) |
| Defendant(s). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

_____        Edward Rafeedie
Date                            United States District Judge

**TRANSFER ORDER DECLINED**

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge ___Rafeedie___ for all further proceedings.

_____        Percy Anderson
Date                            United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: The merits of Coomes v. Soulife Entmt, CV 01-8103 ER were neither examined nor determined by this court because default judgment was entered against the defendants for failure to diligently prosecute the case.

JUN 8 2005                     Edward Rafeedie
Date                            United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**: Case ___CV 01-8103 ER (FMOx)___ and the present case:

- ☒ A. appear to arise from the same or substantially identical transactions, happenings or events.
- ☐ B. involve the same or substantially the same parties or property.
- ☐ C. involve the same patent, trademark or copyright.
- ☒ D. call for determination of the same or substantially identical questions of law and fact.
- ☒ E. likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**NOTICE TO COUNSEL FROM CLERK**:

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☒ Western ☐ Southern ☐ Eastern Division.

**Subsequent documents must be filed at the ☒ Western ☐ Southern ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

**TRANSFER ORDER DECLINED**

CV-34 (01/05)        ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases)

MAY 2 0 2005                                           ENTERED ON CM 6/13/05