FILED
CLERK, U.S. DISTRICT COURT
OCT 31 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Erick T Coomes et al | CASE NUMBER |
|---|---|
| | 05-CV-3483 PA (Mcx) |
| PLAINTIFF(S) | |
| v. | |
| Akbar Shamji, an individual | **DEFAULT BY CLERK** **F.R.Civ.P. 55(a)** |
| DEFENDANT(S). | |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Defendant Akbar Shamji

Clerk, U. S. District Court

October 31, 2005                    By /s/ Irene Ramirez
Date                                    Deputy Clerk

CV-37 (10/01)              DEFAULT BY CLERK F.R.Civ.P. 55(a)

DOCKETED ON CM
OCT 31 2005
BY                  007