P-SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 05-3483 PA (Mcx) | Date | November 30, 2005 |
| Title | Erick T. Coomes, et al. v. Akbar Shamji | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| C. Kevin Reddick | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None   None

**Proceedings:**   **IN CHAMBERS**

On October 28, 2005, the plaintiff filed a request for entry of default by clerk. Default by clerk was entered on October 31, 2005. Plaintiff is hereby directed to file a motion for default judgment or, other appropriate dispositive motion on or before December 12, 2005. Failure to file said dispositive motion by December 12, 2005, will result in dismissal without further notice by the Court.

DOCKETED ON CM
DEC 1 - 2005
BY ___ 006

Initials of Preparer