ALLEN HYMAN, ESQ. (CBN: 73371)
CHRISTINE COVERDALE, ESQ. (CBN: 195635)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, CA 91602
(818) 763-6289 or (323) 877-3405

LEONARD KOROBKIN, ESQ. (CBN: 55281)
315 South Beverly Drive, Suite 500
Beverly Hills, CA 90212
(310) 277-8200

Attorneys for Plaintiffs,
ERICK T. COOMES dba E. DANGER MUSIC and
ERICK WALLS dba ERICARDO DONASTO PUBLISHING

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ERICK T. COOMES, et al.,       )  CASE NO. CV 05-3483 PA (Mcx)
                               )
         Plaintiffs,           )  [PROPOSED] ORDER GRANTING
                               )  PLAINTIFFS' EX PARTE APPLICATION
    v.                         )  FOR AN ORDER CONTINUING THE
                               )  DEADLINE TO FILE PLAINTIFFS'
                               )  MOTION FOR DEFAULT JUDGMENT
AKBAR SHAMJI, an individual,   )
                               )
                               )
         Defendants.           )
_____)

Upon the Ex Parte Application of Plaintiffs Erick T. Coomes dba E. Danger Music ("COOMES") and Erick Walls dba Ericardo Donasto Publishing ("WALLS") (collectively, "PLAINTIFFS") for an Order continuing the deadline imposed by the December 1, 2005 Order to file PLAINTIFFS' motion for default judgment until a date following this Court's determination of defendant Akbar Shamji's motion for relief from default, served on December 8, 2005, and scheduled for hearing on January 9, 2006, and upon good cause appearing, THE COURT ORDERS AS FOLLOWS:

///

DOCKETED ON CM
DEC 20 2005
BY ___ 007

1.  The deadline date for PLAINTIFFS to file PLAINTIFFS' motion for default judgment against defendant SHAMJI, originally set by this Court as December 12, 2005, is continued to *a date to be determined* ~~, 2006~~ *by the Court following the hearing on defendant's motion.*

DATED: 12/17/05

_____
United States District Court Judge

Submitted by:

_____
Christine Coverdale
Attorneys for Plaintiffs

S:\Pc7\COOMES\v. SHAMJI\EXPORD2.wpd

- 2 -

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10737 Riverside Drive, North Hollywood, California 91602.

On December 12, 2005, I served the foregoing document described as **[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER CONTINUING THE DEADLINE TO FILE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** on the parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

[X]  (BY MAIL) to the addressees as indicated on the attached Service List, as follows: I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at North Hollywood, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]  (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the addressee as indicated above.

[X]  (BY FACSIMILE) I sent such document via facsimile to the offices of the addressees as indicated above.

[ ]  (BY OVERNIGHT MAIL) I caused such document to be delivered via Overnight Mail Service to the addressees as indicated on the attached service list.

**[X]**  (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on December 12, 2005, at North Hollywood, California.

_____
Christine Coverdale

PC-3:S:\Pc7\PROOF\COOMES-SHAMJI.wpd

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | Allan B. Grodsky, Esq.<br>Grodsky & Olecki, LLP |
| 4 | 2001 Wilshire Boulevard<br>Suite 210 |
| 5 | Santa Monica, California 90403<br>Fax: (310) 315-1557 |
| 6 | |