Name and address

ROBERT S. MELONI, ESQ.
ROBERT S. MELONI, P.C.
1350 Avenue of the Americas, Suite 3100
New York, New York 10019
Tel: (212) 957-5577



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ERIC T. COOMES, et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 05-3483 PA (Mcx) |
| v. | |
| AKBAR SHAMJI, an individual, | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of _____ROBERT S. MELONI_____,
                                                              *Applicant's Name*

of ___ROBERT S. MELONI, P.C.___ for permission to appear and participate in the above-entitled
      *Firm Name*

action on behalf of ☐ Plaintiff  ☑ Defendant _____AKBAR SHAMJI_____

and the designation of ___ALLEN B. GRODSKY___ of ___GRODSKY & OLECKI LLP___
                       *Local Counsel Designee*        *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☑ **GRANTED**

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated __12/20/05__                         _____
                                            U. S. District Judge/U.S. Magistrate Judge



**ORIGINAL**

G-64 ORDER (06/05)     ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2001 Wilshire Blvd, Ste. 210, Santa Monica, California 90403.

    On December 15, 2005, I served the foregoing document described as **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** on the parties in this action by serving:

ALLEN HYMAN  
CHRISTINE ELAINE COVERDALE  
Allen Hyman Law Offices  
10737 Riverside Drive  
North Hollywood, CA 91602  
FAX: (818) 763-4676  

LEONARD KOROBKIN  
Leonard Korobkin Law Offices  
315 South Beverly Drive  
Suite 500  
Beverly Hills, CA 90212  
FAX: (310) 277-1910  

(X) **By Envelope** - by placing ( ) the original (X) a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

(X) **By Mail:** As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( ) **By Personal Service:** I delivered such envelope by hand to the offices of the addressee(s).

() **By Federal Express:** I caused the envelope(s) to be delivered to the Federal Express depository at 2001 Wilshire Blvd., Santa Monica, California 90403, on _____, for delivery on the next-business-day basis to the offices of the addressee(s).

Executed on December 15, 2005, at Santa Monica, California.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____  
MARIA D. WILSON