Send
Enter
JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR -2 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK T. COOMES, et al., | Case No. CV 05-3483 PA (Mcx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| AKBAR SHAMJI, | |
| Defendant. | |

ENTERED
CLERK, U.S. DISTRICT COURT
MAR - 3 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

This cause coming to be heard on plaintiffs Erick T. Coomes ("Coomes"), Erick T. Coomes dba E. Danger Music, Erick Walls ("Walls"), and Erick Walls dba Ericardo Donasto Publishing (collectively "Plaintiffs") Motion for Entry of Default Judgment Against Defendant Akbar Shamji (the "Motion"); the Court having considered Plaintiffs' Complaint, Plaintiffs' Motion, Plaintiffs' Memorandum of Points and Authorities in Support of its Motion, and the evidence submitted in support thereof, granted Plaintiffs' motion for default judgment on February 27, 2006.

On the basis of these rulings, the evidence properly before the Court, the papers and files in this action, the arguments of counsel and for good cause appearing:

I.

IT IS ORDERED, ADJUDGED AND DECREED that defendant Akbar Shamji ("Defendant"), and his officers, agents, servants, employees, attorneys and those persons in

active concert or participation with him who receive actual notice of this Judgment, by personal service or otherwise, are hereby permanently restrained and enjoined from directly or indirectly, marketing, selling advertising, distributing or promoting the following musical compositions and sound recordings without proper attribution to Plaintiffs Coomes and Walls:

1. "Welcome Back (All My Soul Mates),"
2. "Love and War,"
3. "So Into You,"
4. "If You Knew,"
5. "Why,"
6. "Exclusively,"
7. "Ball and Chain,"
8. "Vulnerability,"
9. "Airport,"
10. "Crazy Love," and
11. "Spoken Word."[1]

II.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs Coomes and Walls are each respectively the fifteen percent (15%) co-composers and fifteen percent (15%) co-copyright owners of each of the following musical compositions:

1. "Welcome Back (All My Soul Mates),"
2. "Love and War,"
3. "So Into You,"
4. "If You Knew,"

---

[1] This Order as to the requirement of credit and attribution to plaintiffs Coomes and Walls is prospective only, and does not apply to units (compact discs and videos) that have been manufactured or distributed prior to the date of this Order.

-2-

1  5. "Why,"
2  6. "Exclusively,"
3  7. "Ball and Chain,"
4  8. "Airport,"
5  9. "Crazy Love," and
6  10. "Spoken Word."[2/]

III.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs Coomes and Walls are each respectively the fifteen percent (15%) co-authors and each respectively the fifteen percent (15%) co-copyright owners of musical compositions they composed for Defendant during the period of October 2000 through October 2001, which are not individually identified in this Judgment.

IV.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff Coomes shall have judgment against Defendant in the amount of $378,977.56 for breach of contract and fraud.

VI.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff Walls shall have judgment against Defendant in the amount of $338,563.09 for breach of contract and fraud.

VII.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, pursuant to 15 U.S.C. § 1117, that Defendant shall pay Plaintiffs' reasonable attorneys' fees in the amount of $10,340.00; and its costs of suit pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54-1.

---

[2/] Plaintiffs do not request an ownership interest in the musical composition "Vulnerability."

VIII.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant shall, within fifteen (15) days of the date of entry of Judgment, turn over to Plaintiffs all master recordings in the possession, custody, or control of Defendant, which were authored or produced, in whole or in part, by Plaintiffs, which have not been previously commercially released.

IX.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, there being no just reason for delay, the Clerk of this Court is hereby directed to enter this Final Judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: March 1, 2006

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

-4-