UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ERICK T. COOMES, an individual, d/b/a E. Danger Music; et al.,<br><br>Plaintiffs - Appellees,<br><br>V.<br><br>AKBAR SHAMJI,<br><br>Defendant - Appellant. | No. 06-55411<br>D.C. No. CV-05-03483-PA<br><br><br>**JUDGMENT** |



Appeal from the United States District Court for the Central District of California, Los Angeles.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 12/26/07

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FEB 2 2 2008

FILED
DOCKETED
DATE          INITIAL

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 2 6 2008

by
Deputy Clerk

COPY

FILED
JAN 0 9 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Form 10. Bill of Costs .................................................................. (Rev. 1-1-2008)

United States Court of Appeals for the Ninth Circuit

## BILL OF COSTS

Note: If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

Coomes v. Shamji                                    CA No. 06-55411

The Clerk is requested to tax the following costs against: Appellant Akbar Shamji

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | 7 | 172 | .10 | 120.40 | | | | 120.40 |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 17 | 54 | .10 | 91.80 | | | | 9.80 |
| Appellant's Reply Brief | | | | | | | | - |
| Other | | | | | | | | |
| | | | TOTAL | $212.20 | | | TOTAL | $212.20 |

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
FEB 26 2008
by: [signature]
Deputy Clerk

**Form 10. Bill of Costs** - *Continued*

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

I, _CHRISTINE COVERDALE_, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: _[signature]_
Date: _1|8|08_

Name of Counsel (printed or typed): _CHRISTINE COVERDALE_
Attorney for: _Appellees_

Date: _1/25/08_   Costs are taxed in the amount of $ _212.20_

Clerk of Court
By: _[signature]_ Deputy Clerk

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10737 Riverside Drive, North Hollywood, California 91602.

      On January 8, 2008, I served the foregoing document described as **BILL OF COSTS** on the parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

[X]   (BY MAIL) to the addressees as indicated on the attached Service List, as follows: I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at North Hollywood, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]   (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the addressee as indicated above.

[ ]   (BY FACSIMILE) I sent such document via facsimile to the offices of the addressees as indicated above.

[ ]   (BY OVERNIGHT MAIL) I caused such document to be delivered via Overnight Mail Service to the addressees as indicated on the attached service list.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on January 8, 2008, at North Hollywood, California.

                                           _____
                                           Christine Coverdale

## SERVICE LIST

Allan B. Grodsky, Esq.
Grodsky & Olecki, LLP
2001 Wilshire Boulevard
Suite 210
Santa Monica, California 90403
Fax: (310) 315-1557

Robert S. Meloni, Esq.
Ronald Adelman, Esq.
Robert S. Meloni, P.C.
1350 Avenue of the Americas
Suite 3100
New York, New York 10019